UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| ANDREW HALSEY, et al. )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>THE TOWNSEND CORPORATION OF )<br>INDIANA d/b/a TOWNSEND TREE )<br>SERVICE, et al., )<br>)<br>Defendants. ) | Case No. 1:17 CV 4 SNLJ |

## MEMORANDUM and ORDER

This matter is before the Court on plaintiffs' motion to extend time to identify expert witnesses and provide reports. Defendants do not object to the 90-day extension of time sought by plaintiffs so long as the trial date is extended as well.

Accordingly,

IT IS HEREBY ORDERED that plaintiffs' motion to extend time to identify expert witnesses and provide reports (#36) is GRANTED.

IT IS FURTHER ORDERED that the trial date is reset for **September 10, 2018**.

IT IS FINALLY ORDERED that the parties shall file a joint proposed amended case management order by October 18, 2017.

Dated this  4th  day of October, 2017.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE