UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| ANDREW HALSEY, et al. ) | |
| ) | |
|    Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:17 CV 4 SNLJ |
| ) | |
| THE TOWNSEND CORPORATION OF ) | |
| INDIANA d/b/a TOWNSEND TREE ) | |
| SERVICE, et al., ) | |
| ) | |
|    Defendants. ) | |

## JUDGMENT

In accordance with the Memorandum and Order entered today, JUDGMENT is hereby granted in favor of The Townsend Corporation and against plaintiffs.

Dated this  21st  day of August, 2018

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE

1