UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| ANDREW HALSEY, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No.: 1:17-CV-00004 |
| | ) |
| THE TOWNSEND CORPORATION, | ) |
| et al. | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF APPEAL

Notice is given that Plaintiffs Andrew Halsey and Tammy Kennedy appeal to the United States Court of Appeals for the Eighth Circuit from the Memorandum and Order entered May 18, 2017 (Doc. 16), the Order entered May 18, 2017 (Doc. 17), the Memorandum and Order entered August 21, 2018 (Doc. 64), the Judgment entered August 21, 2018 (Doc. 65), and the Order entered August 21, 2018 (Doc. 66).

    PRESLEY & PRESLEY, LLC

    By /s/ Kirk R. Presley
    Kirk R. Presley     MO# 31185
    Sean M. Brown     MO# 65808
    4801 Main Street, Suite 375
    Kansas City, Missouri 64112
    (816) 931-4611
    (816) 931-4646 Facsimile
    kirk@presleyandpresley.com
    sean@presleyandpresley.com
    Attorneys for Plaintiff Andrew Halsey

                          PARSONS LAW FIRM
By  /s/ C.H. Parsons, Jr.
     C.H. PARSONS MO# 188322
     7 N Elm Street
     Dexter, Missouri 63841
     Email: plcd9@midwest.net
     Telephone: (573) 624-5901
     Facsimile: (573) 624-5443
     Attorney for Plaintiff Tammy Kennedy

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 4, 2018, a true and accurate copy of the foregoing document was filed utilizing the Court's CM/ECF system, which delivers electronic notification of said filing upon the following counsel:

    George Patrick Coughlin
    Matthew William Geary
        Attorneys for Defendants The Townsend Corporation of Indiana
        and Townsend Tree Service Company, LLC

    Justin S. Chapell
    Elizabeth S. Silker
        Attorneys for Jeffery Alan Richardson

                          /s/ Kirk R. Presley
                          Kirk R. Presley
                          Attorney for Plaintiff Andrew Halsey