US Court of Appeals - Eighth Circuit
NOA Supplement

**Caption:**  **USCA#:**

Halsey et al v. The Townsend Corporation of Indiana et al

**Case Number:**

1:17-CV-00004-SNLJ

**Plaintiff:**  **Defendant:**

ANDREW HALSEY, et al.    THE TOWNSEND CORPORATION OF INDIANA, et al.

**Attorney:**  **Attorney:**

Kirk Rowan Presley (for pla)
4801 Main St.
Suite 375
Kansas City, MO  64113
Ph:  816-931-4611   Fax:  816-931-4646
Email:  kirk@presleyandpresley.com

George Partrick Coughlin (for dft)
4420 Madison Ave.
Suite 200
Kansas City, MO  64111
Ph:  816-931-2700   Fax:  816-931-7377
Email:  gcoughlin@dysarttaylor.com

**Court Reporter(s):**

Please return files and documents to:

Clerk for Eastern District of Missouri

Person to contact about the appeal:

Cathy Gould at 573-331-8800

| Length of trial | Fee: | IFP: | Pending IFP Motion |
|---|---|---|---|
| N/A | | None | No |

| Counsel: | Pending Motions: | Local Interest: | Simultaneous Release: |
|---|---|---|---|
| No | No | No | No |

**Criminal Cases/Prisoner Pro Se  Cases Only:**

Is defendant incarcerated?:  No    Where:

**Please list all other defendants in this case if there were multiple defendants:**