# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 18-2908

_____

Andrew Halsey; Tammy Kennedy

Plaintiffs - Appellants

v.

The Townsend Corporation of Indiana, doing business as Townsend Tree Service; Jeffrey Alan Richardson; Townsend Tree Service Company, LLC

Defendants - Appellees

_____

Appeal from U.S. District Court for the Eastern District of Missouri - Cape Girardeau
(1:17-cv-00004-SNLJ)

_____

**JUDGMENT**

Before BENTON, SHEPHERD and GRASZ, Circuit Judges.

    This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

    After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

                    December 21, 2021

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
     /s/ Michael E. Gans